

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York  10018
T (212) 218-5500
F (212) 218-5526

ssverdlov@seyfarth.com
T (212) 218-5547

www.seyfarth.com

**MEMO ENDORSED**

December 18, 2020

**VIA ECF & EMAIL**

Hon. Katherine Polk Failla
U.S. District Judge
U.S. District Court for the Southern District of New York
40 Foley Square, Courtroom 618
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

**Re:**   *Mercer v. Kennebunk Port Inn, LLC,*
**Civil Action No.: 1:20-cv-10222-KPF (S.D.N.Y.)**

Dear Judge Failla:

This firm represents Defendant Kennebunk Port Inn, LLC ("Defendant") in the above-referenced matter. We write, with the consent of Plaintiff Stacey Mercer ("Plaintiff"), to respectfully request a thirty (30) day extension of time for Defendant to respond to the Complaint, up to and including February 1, 2021.

By way of background, Plaintiff commenced this action on or about December 4, 2020. (ECF No. 1.) Defendant was served with the Summons and Complaint on December 10, 2020, which makes Defendant's responsive pleading deadline December 31, 2020. (ECF No. 5.)

This is Defendant's first request for an extension of the responsive pleading deadline. Defendant is requesting this extension to provide it with additional time to investigate the allegations in the Complaint. We have communicated with counsel for Plaintiff, and Plaintiff consents to this request.

We respectfully submit this request in good faith and not to cause undue delay. The granting of this application will not impact any other scheduled deadlines, including the Initial Conference scheduled for March 24, 2021. We thank the Court for its time and attention to this matter.

67271189v.1



Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Samuel Sverdlov*

Samuel Sverdlov

cc:     All counsel of record (via ECF)

Application GRANTED.

Dated:  December 18, 2020
        New York, New York

SO ORDERED.

*[signature]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

67271189v.1