

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in NY, NJ and D.C.

VIA CM/ECF ONLY

January 7, 2021

U.S. District Judge Katherine Polk Failla
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

      **Re:**    ***Mercer v. Kennebunk Port Inn, LLC*, Case No. 20-cv-10222-KPF**

Dear District Judge Failla:

      This office represents the Plaintiff Stacey Mercer ("Plaintiff") in connection with the above-referenced action. We are pleased to inform the Court that the above referenced action has been settled and that the parties are in the process of drafting and exchanging a settlement agreement that will be reviewed by the parties and their counsel for execution. Respectfully, we are requesting together with counsel for the defendant a stay of all deadlines and conferences for a period of up to thirty (30) days so that the parties can finalize the settlement agreement and file a stipulation of dismissal.

      We thank this Honorable Court for its time and consideration in this matter.

               Respectfully submitted,

               BASHIAN & PAPANTONIOU, P.C.
               */s/ Erik M. Bashian*

               _____
               Erik M. Bashian, Esq.

cc:     Samuel Sverdlov, Esq. (*via CM/ECF)*