

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in NY, NJ and D.C.



VIA CM/ECF ONLY

February 10, 2021

U.S. District Judge Katherine Polk Failla
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

   **Re:** ***Mercer v. Kennebunk Port Inn, LLC*, Case No. 20-cv-10222-KPF**

Dear District Judge Failla:

  This firm represents Plaintiff Stacey Mercer in the above-referenced matter.  We write jointly with Defendant Kennebunk Port Inn, LLC to respectfully request an additional thirty (30) days to file a stipulation of dismissal with prejudice, up to and including March 12, 2021.

  By way of background, Plaintiff filed a notice of settlement on January 8, 2021.  (ECF No. 9.)  On January 11, 2021, the Court issued an Order setting the deadline for Plaintiff to restore the action to February 10, 2021.  (ECF No. 10.)  The parties have agreed to all substantive terms of the settlement, but require additional time to complete certain conditions precedent to the filing of a stipulation of dismissal.  In this regard, the parties intend to file a stipulation of dismissal with prejudice on or before March 12, 2021.  We have communicated with counsel for Defendant, and Defendant joins in this request.

  This is the first request for an extension of this deadline.  We respectfully submit this letter in good faith and not to cause undue delay.  We thank the Court for its time and attention to this matter.

           Respectfully submitted,

           BASHIAN & PAPANTONIOU, P.C.
           */s/ Erik M. Bashian*
           _____
           Erik M. Bashian, Esq.

cc: Samuel Sverdlov, Esq. (*via CM/ECF*)

Application GRANTED.

Dated: February 10, 2021
       New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE